# UNITED STATES DISTRICT COURT

District of   COLUMBIA

FILED
JUN - 5 2008
Clerk, U.S. District and
Bankruptcy Courts

Wm. D. Honey

Plaintiff

V.

Atlantic City Detention Ctr.
et al

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:   08 0959

I, William Douglas Money, _____ declare that I am the (check appropriate box)
☐ petitioner/(plaintiff)/movant/respondent   ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration   FCI Beaumont Low

   Are you employed at the institution?   No   Do you receive any payment from the institution?   No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)   Sept 2004
   ~~Contractor~~

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   Sept 2004 contractor 82,000.00, UTMB/BOP has listed me medically unassigned

. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☒ Yes   ☐ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☒ Yes   ☐ No

RECEIVED
MAY - 1 2008
Clerk, U.S. District and
Bankruptcy Courts

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

Pension Approx 2,000.00 per month
IRA Approx 55,000 to 60,000 All dividends reinvested

4. Do you have any cash or checking or savings accounts?    ☑ Yes    ☐ No

   If "Yes," state the total amount. Savings Approx 3,000.00; Checking 3,000.00, Prison Approx 390.9

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☑ Yes    ☐ No

   If "Yes," describe the property and state its value.
   House value $261,000.00

List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

2 children
16 year old girl
13 year old son
Support Approx $1610.00 from social security direct children's mother

I declare under penalty of perjury that the above information is true and correct.

4-18-8
Date

William Douglas Money
Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach a certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge          Date | United States Judge          Date |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

William D. Money
_____
Plaintiff

v.

Atlanta City Detention Center, et al.,
_____
Defendant

**2nd REQUEST**

ORDER

The papers in the above captioned matter are hereby returned to you for failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court and/or the requirements of the Prison Litigation Reform Act of 1995. The papers are deficient in the following areas:

[ ]   Your complaint **must** set forth the facts of your case and indicate what kind of relief you seek from the Court. The name of this Court **must** be written at the top of the first page. The word COMPLAINT **must** appear under the caption. All parties to the suit must be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant as well as an address to effect service.

[ ]   Your COMPLAINT **must** be typed or legibly handwritten. If you are requesting a jury trial, the demand **must** be stated in your complaint.

[ ]   Your COMPLAINT **must** bear your original signature.

[ ]   Application to proceed in forma pauperis **must** be completed and originally signed. (Enclosed)

[ ]   You **must** file a Motion for Leave to File because: _____

[✓] OTHER: Please complete the application that is enclosed, so that this case can be filed.

For the foregoing reasons, these papers are being returned unfiled. You may resubmit these papers to the Court, upon correction of the deficiency(ies) checked above. **DO NO SEND PAPERS DIRECTLY TO ANY CHAMBERS.**

4/8/08
_____
Date

**HOGAN, C.J. TFH**
_____
Chief Judge Thomas F. Hogan

08 0959
**FILED**

JUN - 5 2008

Clerk, U.S. District and
Bankruptcy Courts

n:\Forms\Pro Se Return Doc. Letter

# Inmate Statement



| Inmate Reg #: | 57192019 | Current Institution: | Beaumont FCC |
|---|---|---|---|
| Inmate Name: | MONEY, WILLIAM | Housing Unit: | BME-S-B |
| Report Date: | 04/21/2008 | Living Quarters: | S07-041L |
| Report Time: | 2:5:10 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BMA | 4/17/2008 11:49:18 AM | 70 | | | Sales | ($37.50) | | $278.56 |
| BMA | 4/15/2008 8:35:05 PM | TFN0415 | | | Phone Withdrawal | ($20.00) | | $316.06 |
| BMA | 4/10/2008 7:47:57 AM | 50 | | | Sales | ($94.75) | | $336.06 |
| BMA | 4/4/2008 9:22:10 AM | 85 | | | Sales | ($5.60) | | $430.81 |
| BMA | 4/4/2008 9:18:39 AM | 84 | | | Sales | ($95.45) | | $436.41 |
| BMA | 3/31/2008 5:04:09 AM | 70105003 | | | Lockbox - CD | $500.00 | | $531.86 |
| BMA | 3/27/2008 8:43:15 AM | HICP0308 | | | Inmate Co-pay | ($2.00) | | $31.86 |
| BMA | 3/20/2008 7:28:53 AM | 30 | | | Sales | ($52.59) | | $33.86 |
| BMA | 3/13/2008 7:03:50 AM | 9 | | | Sales | ($94.05) | | $86.45 |
| BMA | 3/10/2008 8:29:35 PM | TFN0310 | | | Phone Withdrawal | ($20.00) | | $180.50 |
| BMA | 3/6/2008 1:24:50 PM | 111 | | | Sales | ($0.90) | | $200.50 |
| BMA | 3/6/2008 1:24:07 PM | 110 | | | Sales | ($41.10) | | $201.40 |
| BMA | 2/28/2008 7:07:30 AM | 32 | | | Sales | ($52.00) | | $242.50 |
| BMA | 2/22/2008 1:13:49 PM | 65 | | | Sales | ($85.15) | | $294.50 |
| BMA | 2/14/2008 7:19:24 AM | 28 | | | Sales | ($84.70) | | $379.65 |
| BMA | 2/7/2008 7:11:46 AM | 27 | | | Sales | ($99.50) | | $464.35 |
| BMA | 2/7/2008 7:10:00 AM | 25 | | | Sales | $0.00 | | $563.85 |
| BMA | 1/31/2008 7:40:06 AM | 1269 | | | SPO - Released | | $25.95 | -------- |
| BMA | 1/31/2008 7:40:06 AM | 48 | | | Sales | ($63.00) | | $563.85 |
| BMA | 1/30/2008 9:50:46 PM | TFN0130 | | | Phone Withdrawal | ($20.00) | | $626.85 |
| BMA | 1/29/2008 5:04:56 AM | 70100701 | | | Lockbox - CD | $500.00 | | $646.85 |
| BMA | 1/25/2008 7:19:17 AM | 36 | | | Sales | ($37.10) | | $146.85 |
| BMA | 1/17/2008 12:43:49 PM | 101 | | | Sales | ($2.60) | | $183.95 |
| BMA | 1/17/2008 7:03:27 AM | 25 | | | Sales | ($49.15) | | $186.55 |
| BMA | 1/10/2008 7:11:22 AM | 23 | | | Sales | ($76.80) | | $235.70 |
| BMA | 1/8/2008 2:14:03 PM | IIS0010 | | | FRP Single Pymt | ($100.00) | | $312.50 |
| BMA | 1/4/2008 7:46:30 AM | 42 | | | Sales | ($24.60) | | $412.50 |
| BMA | 1/4/2008 7:21:31 AM | 32 | | | Sales | ($31.10) | | $437.10 |
| BMA | 12/28/2007 12:16:35 PM | 80 | | | Sales | ($66.50) | | $468.20 |
| BMA | 12/20/2007 1:09:44 PM | 92 | | | Sales | ($88.75) | | $534.70 |
| BMA | 12/17/2007 2:09:35 PM | 1269 | | | SPO | | ($25.95) | -------- |
| BMA | 12/14/2007 7:33:38 PM | TFN1214 | | | Phone Withdrawal | ($20.00) | | $623.45 |
| BMA | 12/14/2007 9:20:04 AM | 70197701 | | | Lockbox - CD | $500.00 | | $643.45 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BMA | 12/13/2007 8:06:49 AM | 41 | | Sales | ($114.65) | $143 45 |
| BMA | 12/6/2007 1.17.27 PM | 142 | | Sales | ($3.25) | $258 10 |
| BMA | 12/6/2007 1:15.59 PM | 141 | | Sales | ($51 25) | $261.35 |
| BMA | 11/29/2007 1.26.15 PM | 90 | | Sales | ($163.05) | $312 60 |
| BMA | 11/29/2007 12 17·58 PM | 38 | | Sales | $0.00 | $475 65 |
| BMA | 11/27/2007 2.19·27 PM | TFN1127 | | Phone Withdrawal | ($25 00) | $475.65 |
| BMA | 11/22/2007 5 04:06 AM | 70196201 | | Lockbox - CD | $500 00 | $500 65 |
| BMA | 11/19/2007 12:42:24 PM | 159 | | Sales | ($129.35) | $0 65 |
| BMA | 11/19/2007 7.17:30 AM | 8 | | Sales | $0 00 | $130 00 |
| BMA | 11/18/2007 7.03.13 AM | TFN1118 | | Phone Withdrawal | ($20.00) | $130.00 |
| BMA | 11/6/2007 3 20 50 AM | TX110607 | | Transfer - In from TRUFACS | $150 00 | $150.00 |
| BMA | 10/16/2007 3:36:46 AM | TX101607 | | Transfer - Out to TRUFACS | $0.00 | $0.00 |

1

**Total Transactions: 45**

Totals: **$278.56**   **$0.00**

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BMA | $278 56 | $0 00 | $0 00 | $0.00 | $0.00 | $0.00 | $0 00 | $278 56 |
| **Totals:** | **$278.56** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$278.56** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $2,150.00 | $1,899.44 | $286.89 | $531 86 | $289.72 | N/A | N/A |