**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

JUN - 5 2008

Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| WILLIAM D. MONEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08 0959 |
| | ) | |
| ATLANTA CITY DETENTION CENTER | ) | |
| *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed

*in forma pauperis*. Plaintiff is a prisoner incarcerated in the Federal Correctional Institution at

Beaumont, Texas, who sues for alleged violations of his civil rights under 42 U.S.C. § 1983 and

the Religious Freedom Restoration Act, 42 U.S.C. §§ 2000bb-1 and 2000cc-1.

None of the events forming the basis of the complaint are alleged to have occurred in the

District of Columbia; thus, this venue is not proper for litigating these claims. *See* 28 U.S.C.

§ 1391(b) (designating the proper venue under the circumstances presented as the location where

the defendants are located and where a substantial part of the events occurred). Most of the

events giving rise to this suit occurred in Atlanta, Georgia; the remainder occurred in Beaumont,

Texas. The Court finds it in the interests of justice and judicial economy to transfer the case.

Accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED

to the United States District Court for the Northern District of Georgia. The Clerk of this Court

shall file and docket the complaint. Whether plaintiff should be permitted to proceed *in forma*

*pauperis* is a determination left to the transferee court.

Date: 5\9\08

United States District Judge